**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO.  17-00246-02

VERSUS                                                          JUDGE S. MAURICE HICKS, JR.

SANTRON JONES                                      MAGISTRATE JUDGE KAREN HAYES

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS ORDERED** that the Court accepts the guilty plea of the Defendant, Santron Jones, and adjudges him guilty of the offense charged in Count Two of the Indictment.

**IT IS FURTHER ORDERED** that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearms and ammunition seized in this matter.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 15th day of February 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT